# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:25-cr-00140-FWS |
| v. | |
| Tae Miyaji Jones, | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 12/04/2025 | 30 | Verified Petition to Assert Legal Interest |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Document lacks required signature

Dated: 12/4/2025

By: _____
U.S. District Judge